Unsealed AUG 0 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by
MAR 28 1996

PEDRO PABLO PULIDO,                :    CASE NO. 96-10001-CIV-HIGHSMITH
                                        94-10010-CR-HIGHSMITH
         Movant,                   :

v.                                 :

UNITED STATES OF AMERICA,          :

         Respondent.               :    **REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court on the movant's Motion to Vacate, Set Aside, or Correct Sentence filed pursuant to 28 U.S.C. § 2255 and was referred to United States Magistrate Judge, Lurana S. Snow, for report and recommendation.

## PROCEDURAL HISTORY

On September 29, 1994, the movant was convicted of possession of an unregistered silencer, in violation of 26 U.S.C. § 5861(d). On December 13, 1994, the movant was sentenced by this Court. According to the docket sheet, on December 9, 1994, the movant filed a timely notice of appeal. Thereafter, the movant's appeal was docketed with the Eleventh Circuit Court of Appeals as Case Number 94-5303. A mandate was issued on January 8, 1996, affirming the judgment, conviction and sentence imposed by the District Court. The movant filed a petition for certiorari to the Supreme Court of the United States on February 27, 1996.

## RECOMMENDATIONS OF LAW

The movant's filing of a petition for certiorari to the Supreme Court of the United States has divested this Court of

jurisdiction to entertain a collateral attack upon the validity of the conviction and sentence. United States v. Wilson, 894 F.2d 1245, 1252 (11th Cir. 1990). The instant motion should be denied without prejudice to refile after disposition of the petition for certiorari. United States v. Khoury, 901 F.2d 948, 969 n.20 (11th Cir. 1990).

## CONCLUSION

Being fully advised in the premises, it is hereby

RECOMMENDED that the Motion to Vacate, Set Aside, or Correct Sentence be dismissed for lack of jurisdiction, without prejudice to refile after disposition of the petition for certiorari.

The parties will have ten days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with The Honorable Shelby Highsmith, United States District Judge. Failure to file objections timely shall bar the parties from attacking on appeal factual findings contained herein. Nettles v. Wainwright, 677 F.2d 404 (5th Cir. 1982) (en banc).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 28th day of March, 1996.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
J.C. Codias, Esq.
Ms. Roberta Greenspan (MIA)
   Management Analyst

2