Unsealed ___ AUG 0 8 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-10001-CIV-HIGHSMITH
94-10010-CR-HIGHSMITH

PEDRO PABLO PULIDO,
           Movant

v.

UNITED STATES OF AMERICA,
           Respondent
_____/

ORDER AFFIRMING MAGISTRATE'S
REPORT AND RECOMMENDATION

FILED by ___ D.C.
MAY -1 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    This cause came before the Court on the movant's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. Sec. 2255. The matter was referred to the Honorable Lurana S. Snow, United States Magistrate Judge, for a report and recommendation. A Report and Recommendation, dated March 28, 1996, has been filed, recommending that the Motion to Vacate, Set Aside or Correct Sentence be DENIED.

    Upon review of the entire file and record herein, it is

    ORDERED AND ADJUDGED that United States Magistrate Judge Lurana S. Snow's Report and Recommendation denying the Motion to Vacate, Set Aside or Correct Sentence be, and the same is RATIFIED, AFFIRMED AND APPROVED in its entirety.

    DONE AND ORDERED this _____ day of May, 1996.

                                _____
                                United States District Judge

copies to:
Magistrate Judge Snow
US Attorney (Roberta Greenspan)
J.C. Codias